IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| T.D., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 7:17-CV-00043 (WLS-TQL) |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff. (Doc. 44). Therein, Judge Langstaff recommends that Plaintiff's Motion for Attorney Fees be granted, and Plaintiff recover attorney's fees in the amount of $ 13,525.47. (*Id.* at 3). For the reasons that follow, Judge Langstaff's Recommendation (Doc. 44) is **ADOPTED**.

Judge Langstaff's Recommendation and 28 U.S.C. § 636 provided the parties with fourteen days to file an objection. (Doc 44 at 3). A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendation to which objection is made. 28 U.S.C. § 636(b); FED. R. CIV. P. 72. If no timely objections are filed, the court considers the recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting the Fourth Circuit and stating, "Most circuits agree that '[i]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the

1

face of the record in order to accept the recommendation.'"). No objection to the Recommendation by either Party has been filed.

Upon full review and consideration upon the record, the Court finds no clear error, and that Judge Langstaff's Recommendation (Doc. 44) should be, and hereby is, **ACCEPTED, ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Attorney Fees (Doc. 43) is **GRANTED** and Plaintiff is awarded attorney's fees in the amount of $13,525.47.

**SO ORDERED**, this   20th    day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2