IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TROY DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 7:17-CV-43 (WLS-TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed November 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $13,525.47.

This 21st day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk